```
                                            FILED
                                         08 AUG 20 PM 4:33

                                         [stamp: CLERK US DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA]

                                         BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2787 W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JUAN ANTONIO MARTINEZ-BALDERAS, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Juan Antonio Martinez-Balderas</u>, Criminal Case No. 08CR1858W.

DATED: August 20, 2008.

KAREN P. HEWITT
United States Attorney

[signature] FCR

FRED SHEPPARD
Assistant U.S. Attorney